**FENNEMORE CRAIG, P.C.**
Patrick J. Sheehan (Bar No. 3812)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel.: (702) 692-8000
Fax: (702) 692-8099
Email: psheehan@fclaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SC2006, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ARBOR AGENCY LENDING, LLC, a foreign limited liability company, DOES I-V, inclusive, and ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02003-JAD-BNW<br><br>**STIPULATION AND ORDER**<br><br>ECF No. 36 |

Plaintiff SC2006, LLC and Defendant ARBOR AGENCY LENDING, LLC, by and through their respective counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED that in light of the Coronavirus, the Calendar Call set for March 30, 2020 and the Trial for April 7, 2020 shall be continued and thus vacated to be rescheduled by the Court for a time at least two months thereafter. The parties shall

/ / /


/ / /


/ / /

TDAY/15662440.1/045406.0002

work to see whether they can reach a stipulation to hear this matter on Briefs and if so will submit an Order to the Court so stating.

Dated this 25th day of March, 2020.

**FENNEMORE CRAIG, P.C.**

/s/Patrick J. Sheehan, Esq.

Patrick J. Sheehan, Esq. (Bar No. 3812)
300 South Fourth Street, 14th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 25th day of March, 2020.

**SINGER & LARSEN P.C.**

/s/ Michael H. Singer, Esq.

Michael H. Singer, Esq. (Bar No. 1589)
1291 Galleria Drive Suite 230
Henderson, NV 89014
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the calendar call currently scheduled for 3/30/2020 is VACATED and CONTINUED to 8/3/2020 at 1:30 PM and the bench trial currently scheduled for 4/7/2020 is VACATED and CONTINUED to 8/11/2020 at 9:00 AM. All trial briefs, exhibit lists, and proposed findings of facts and conclusions are due by noon on 8/3/2020.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**FENNEMORE CRAIG, P.C.**

/s/Patrick J. Sheehan, Esq.

Patrick J. Sheehan, Esq. (Bar No. 3812)
300 South Fourth Street, 14th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

FENNEMORE CRAIG
ATTORNEYS
LAS VEGAS

- 2 -

TDAY/15662440.1/045406.0002