**FENNEMORE CRAIG, P.C.**
Patrick J. Sheehan (Bar No. 3812)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel.: (702) 692-8000
Fax: (702) 692-8099
Email: psheehan@fclaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SC2006, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ARBOR AGENCY LENDING, LLC, a foreign limited liability company, DOES I-V, inclusive, and ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02003-JAD-BNW<br><br>**STIPULATION AND ORDER**<br><br>ECF No. 43 |

Plaintiff SC2006, LLC and Defendant ARBOR AGENCY LENDING, LLC, by and through their respective counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED that the Trial in this matter shall be taken off calendar as well as the calendar call and any other matters.

IT IS FURTHER STIPULATED that this matter shall be heard by this Court based on briefs submitted by the parties.

IT IS FURTHER STIPULATED that the parties agree that simultaneous Briefs on August 24, 2020 with Reply Briefs being due September 4, 2020.

IT IS FURTHER STIPULATED that the parties agree that they can use the depositions and the documents produced in this matter with the intent being that the parties shall use exhibits from an exhibit index prepared by the plaintiff's counsel with a copy being provided to the Defendant.

TDAY/16101839.1/045406.0002

IT IS FURTHER STIPULATED that no objections should be made to any such exhibits.

IT IS FURTHER STIPULATED that the parties further agree that Plaintiff's damages chart wherein it alleges it's contention of the damages and the exhibits attached thereto which was recently sent to Defendant shall be allowed to be attached to Brief and considered by the Court although the Defendant reserves the right to make any arguments with respect to whether any such damages are awardable.

IT IS FURTHER STIPULATED that the Court shall review the Briefs and issue it's decision in a format it so desires.

Dated this 31st day of July, 2020.

**FENNEMORE CRAIG, P.C.**

*/s/Patrick J. Sheehan, Esq.*

Patrick J. Sheehan, Esq. (Bar No. 3812)
300 South Fourth Street, 14th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 31st day of July, 2020.

**SINGER & LARSEN P.C.**

*/s/ Michael H. Singer, Esq.*

Michael H. Singer, Esq. (Bar No. 1589)
1291 Galleria Drive Suite 230
Henderson, NV 89014
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**.

To further clarify, the Court construes this stipulation as the parties' express agreement to waive an in-person trial and any requirement for testimony in open court and instead have the case tried on the briefs and the evidence submitted with the briefs. The parties waive all objections to that evidence and stipulate to its admissibility. The parties intend that the Court will resolve all disputed issues of fact based on the evidence submitted with the briefs and as informed by the parties' arguments in their briefs; the court will then issue findings and conclusions consistent with Rule 52(a)(1) of the Federal Rules of Civil Procedure.

**If this is not the parties' shared intention or the Court is mistaken about some aspect of this stipulated procedure, the parties must notify the Court in writing prior to August 24, 2020.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 3, 2020